**Exhibit A to the Complaint**

**Location:** West Orange, NJ  **IP Address:** 69.141.208.230
**Total Works Infringed:** 21  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 063D475F313E3A702124CD48EE5A7B6E7AF4CE2F | Vixen | 11/06/2017 00:03:20 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 2 | 0A62710EDB3351CBA7D2AF0A510F3DD7467041E9 | Vixen | 11/06/2017 00:01:16 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 3 | 0E978EDA2B9875C41DE1A80F8F1021E552DFE7B7 | Vixen | 11/06/2017 00:01:05 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 4 | 3DDDD1C3BE64ACF972EC61BFAF4D5BB1AAF776A9 | Vixen | 11/05/2017 23:59:20 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 5 | 3E8F6D4CA2706A7929110C454A77E9673CA98859 | Vixen | 11/06/2017 00:01:35 | 08/02/2017 | 08/17/2017 | 15732903934 |
| 6 | 46CF740947E44307646E4A46758A12F3B109171D | Vixen | 11/06/2017 00:24:31 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 7 | 4DDE3CFEA177922DAA399EB711A316D2F67E9F9D | Vixen | 11/06/2017 00:03:07 | 04/19/2017 | 06/15/2017 | 15389210409 |
| 8 | 51B1678BC3C7F08C249BF55BF90409908C209A45 | Vixen | 11/06/2017 00:09:13 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 9 | 53D80BDAE79AF9E60867CB2BE67214FAD86C73FF | Vixen | 11/06/2017 00:05:55 | 03/30/2017 | 06/05/2017 | PA0002052862 |
| 10 | 6B31CCFF0D6363BF24B48A251FA6744B5F9EE28D | Vixen | 11/06/2017 00:09:55 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 11 | 797997D72287D749C6987B483F28C4B5C1C3F341 | Vixen | 11/06/2017 00:09:57 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 12 | 7DACB6AE0AE6F85AADF0C77A371BE198F3023A79 | Vixen | 11/06/2017 00:23:40 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 13 | 7FD68010B67D146FD8B30A465B7CE3E84912A882 | Vixen | 09/29/2017 06:38:13 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 14 | 8AA59DD6D888578A9CE7D4E6620DA0E5645B44D3 | Tushy | 07/23/2017 18:51:47 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 15 | 97B8371EF68F8F60F3CE1734BE76D9E33B94F10A | Vixen | 11/06/2017 00:26:38 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 16 | 9EF241CB87AAB07FD122C25C4B04332DB57D97AE | Blacked | 11/11/2017 03:16:45 | 04/05/2017 | 06/05/2017 | PA0002052859 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | C295DB4D1D1DA424FF9474EB33F1154BC171E5E0 | Vixen | 11/06/2017 00:26:39 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 18 | D0720E40A29F75FE2EBCC6B385E7B73468F47A9B | Vixen | 11/06/2017 00:25:08 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 19 | E11D9D04860707F4A79ABEE7E3C94832A43CF444 | Vixen | 11/06/2017 00:04:57 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 20 | EAAC93309F7CD7334A698050CCB612153083ECC8 | Vixen | 11/06/2017 00:00:01 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 21 | EF4978A607EC05CDC71195AD327F3F0EA6E5D977 | Blacked | 11/12/2017 11:52:20 | 11/11/2017 | 11/21/2017 | 16016503414 |